PROB 12C
(7/93)

# United States District Court

### for

### District of New Jersey

### Petition for Warrant for Offender Under Supervision

Name of Offender: Taquan Singleton                                        Cr.: 04-840(01)

Name of Sentencing Judicial Officer: Honorable John W. Bissell, Chief U.S. District Judge

Date of Original Sentence: 06/03/05

Original Offense: Conspiracy to Distribute & Possess with Intent to Distribute Cocaine more than 5 grams of Cocaine Base

Original Sentence: 50 months prison, 4 years supervised release.  Special Conditions: Drug treatment, full financial disclosure.

Type of Supervision: Supervised release                    Date Supervision Commenced: 10/28/06

Assistant U.S. Attorney: Serina Vash                    Defense Attorney: Olubulola O. Adetula, Esq.

## PETITIONING THE COURT

[X]  To issue a warrant
[  ]  To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' On July 17, 2007, Singleton was arrested by the Irvington Police Department and charged with Aggravated Assault, Criminal Mischief, Disorderly Conduct, Resisting Arrest, and Causing a Riot.  It is alleged that on that night, the offender was with a group of approximately 20 individuals, who were blocking public passages, and he failed to comply with a police directive to disperse.  His actions led to the group damaging a police vehicle.  After being advised that he was being arrested, Singleton fought with police officers by punching and kicking them. |
| 2. | The offender has violated the supervision condition which states '**You shall submit a truthful and complete written report within the first five days of each month.**' Singleton did not submit written supervision reports for February 2007 and June 2007 within five (5) days of each succeeding month or on any date thereafter.  The offender falsified his May report in that he asserted that he was not questioned by law enforcement.  On May 31, 2007, Irvington Police questioned him and issued a summons to him for having an Open Container of Alcohol on that date. |

3.          The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**' Singleton did not work regularly from March 5 - July 17, 2007.

4.          The offender has violated the supervision condition which states '**You shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.**' On May 31, 2007, Singleton was in the area of Crescent Lane, Irvington, which is known as a high gang and drug trafficking area. On July 17, 2007 at 10:30 P.M., Singleton was in the area of 16th Avenue and 22nd Street in Irvington, New Jersey, which is known as a high gang and drug trafficking area.

5.          The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' On May 31, 2007, Irvington Police questioned Singleton and issued a summons to him for having an Open Container of Alcohol. The offender did not notify his probation officer of this contact with the police within 3 days or on any date thereafter.

6.          The offender has violated the supervision condition which states '**The defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**' Singleton did not comply with outpatient treatment at the Integrity, Inc., Newark in that he did not attend scheduled counseling sessions on June 29, July 6, 9, 13, and 16, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas Stone
    Senior U.S. Probation Officer

Date: 7/29/07

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

8/14/07
Date