UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. TAQUAN SINGLETON
Crim No.: 04-840-01

# PETITION FOR
# WRIT OF HABEAS CORPUS

1. TAQUAN SINGLETON, DOB: 5/1/1980, SBI No.: 000375194C is now confined to the Essex County Jail.

2. TAQUAN SINGLETON, DOB: 5/1/1980, SBI No.: 000375194C will be required at the United States Court House in Newark, New Jersey before the Hon. Katharine S. Hayden, U.S. District Judge, on Wednesday, April 9, 2008, at 12:00 p.m., for a Violation of Supervised Release Hearing, in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED: April 2, 2008
        Newark, NJ

_____
Sandra L. Moser, Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 4/3/08

_____
Hon. Katharine S. Hayden, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Essex County Jail:
WE COMMAND YOU that you have the body of

TAQUAN SINGLETON, DOB: 5/1/1980, SBI No.: 000375194C

now confined at the Essex County Jail, brought before the United States District Court, before the Hon. Katharine S. Hayden, U.S. District Judge, on Wednesday, April 9, 2008, at 12:00 p.m., for a Violation of Supervised Release Hearing

WITNESS the Hon. Katharine S. Hayden
United States District Judge
Newark, New Jersey.

DATED: 4/3/08

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
        Deputy Clerk