# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

United States of America          :          Criminal No. 04-840 (KSH)

                                  :

      vs.

                                  :          **ORDER OF RELEASE**

Taquan Singleton

                                  :


This matter having come before the Court by way of a petition for violation of supervised release as to defendant Taquan Singleton; and the Court having considered the matter and having heard argument and rendered its decision on the record on April 10, 2008; and good cause having been shown,

It is on this 10th day of April, 2008

**ORDERED** that United States Marshals Service are directed to release defendant Taquan Singleton from Federal custody; and it is further

**ORDERED** that detainer previously set is hereby released.


      /s/ Katharine S. Hayden

      Katharine S. Hayden, U.S.D.J.