**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 04-840-01 |
| TAQUAN SINGLETON | : | |

**O R D E R AND JUDGMENT**

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Taquan Singleton to comply with certain conditions of the term of Supervised Release imposed upon defendant by this Court on or about June 3, 2005; and a hearing having been held before this Court on April 10, 2008, the United States being represented by Christopher J. Christie, United States Attorney for the District of New Jersey Lee Vartan, Assistant U.S. Attorney, appearing) and defendant Taquan Singleton being represented by David Holman, Esq.; and a guilty plea having been entered on April 10, 2008, by defendant Taquan Singleton and accepted by this Court to Violation Number 5 of the Petition filed July 29, 2007, charging that the defendant violated the supervision condition which states, "You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer."

IT IS on this  14th  day of April, 2008,

ORDERED that defendant Taquan Singleton is adjudged guilty of violating a condition of supervised release; specifically, it is the finding of this Court that the defendant did not notify his probation officer of a summons issued to him on or about May 31, 2007 by the Irvington, New Jersey Police Department for possession of an open container of alcohol;

IT IS FURTHER ORDERED that the defendant is sentenced to a term of time served, which is seven (7) months and ten (10) days, and shall immediately be released from the custody of the United States Marshals;

IT IS FURTHER ORDERED that Taquan Singleton is to complete the four-year term of supervised release imposed by this Court on or about June 3, 2005, and which is set to expire on December 7, 2010, with the additional special condition that "the defendant is to refrain from association with, or being in the company of, any members of the Crips street gang or any other street gang; and that the defendant shall be restricted from frequenting any location where Crips street gang members are known to congregate or meet; shall not wear, display, use or possess any insignia, emblem, logo, jewelry, cap, hat, bandana, shoelace or any article of clothing which has any significance to the Crips street gang or is evidence of affiliation with, or membership in the Crips street gang"; and

IT IS FURTHER ORDERED that Violation Numbers 1 through 4 and 6 of the Petition against Taquan Singleton filed on July 29, 2007, are hereby dismissed.

        /s/ Katharine S. Hayden
        HONORABLE KATHARINE S. HAYDEN
        United States District Judge