JPROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant for Offender Under Supervision

Name of Offender: Taquan Singleton                                  Cr.: 04-840(01)

Name of Sentencing Judicial Officer: Honorable Katharine Hayden, U.S. District Judge

Date of Original Sentence: 06/03/05

Original Offense: Conspiracy to Distribute & Possess with Intent to Distribute Cocaine more than 5 grams of Cocaine Base

Original Sentence: 50 months prison, 4 years supervised release. Special Conditions: Drug treatment, full financial disclosure.

Type of Supervision: Supervised release                 Date Supervision Commenced: 10/28/06

4/10/08: Violation of Supervised Release: Continued on supervision, credit for time served.

Assistant U.S. Attorney: Lee Varton                     Defense Attorney: David A. Holman, AFPD

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

1.                  The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' On July 1, 2008 Newark Police arrested Singleton and charged him with Possession of Heroin with Intent to Distribute, Distribution of Heroin, Possession of Heroin on School Property, and Possession of Heroin within 1000 feet of a School. On this date, he agreed to provide an undercover officer with heroin in exchange for money. The offender went inside 536 South 17th Street, Newark, retrieved prepackaged and stamped heroin, and completed the deal heroin for currency. Following Singleton's arrest, 260 bags of heroin were recovered.

2.  The offender has violated the supervision condition which states '**You shall report to the probation officer and submit a truthful and complete written report within the first five days of each month.**' Singleton did not report to the probation officer as directed on April 21 and June 23, 2008. The offender falsified his April 2008 written supervision report in that he did not reside at the stated residence, and he did not submit a report for May 2008 by June 5, 2008 or on any date thereafter.

3.  The offender has violated the supervision condition which states '**You shall notify the probation officer within seventy-two hours of any change in residence or employment.**' Singleton did not notify the probation officer of his residence change within 3 days. The offender stated that he lived at 706 Mount Prospect Avenue, Newark since the last hearing on April 10, 2008. He did not reside at this home at any time since his release on April 10, 2008 and did not inform Probation where he lived.

4.  The offender has violated the supervision condition which states '**You shall not illegally possess a controlled substance.**' On July 1, 2008, Singleton was in possession of 260 bags of heroin.

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas Stone
Senior U.S. Probation Officer

Date: 7/2/08

**THE COURT ORDERS:**

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

7/2/08
Date